**Dismissed and Memorandum Opinion filed October 8, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00548-CV

## AIMS STORES, LLC AND MOHAMMED ADDUL KADER, Appellants

### V.

## ALEXANDER OIL COMPANY, Appellee

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. 2011-043**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 26, 2013. The notice of appeal was filed June 24, 2013. To date, our records show that appellants have not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5; *see also* Tex. Gov't Code § 51.207.

On August 29, 2013, this court ordered appellants to pay the appellate filing fee on or before September 16, 2013, or the appeal would be dismissed. Appellants

have not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.